**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

NORMAN HOEWISCHER,

        Plaintiff,

v.                                           Case No. 3:11-cv-769-J-34MCR

JOE'S PROPERTIES, LLC,

        Defendant.

_____/

**ORDER**

    **THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 46;

Report), entered by the Honorable Monte C. Richardson, United States Magistrate Judge,

on July 19, 2013. In the Report, Magistrate Judge Richardson recommends that Plaintiff's

Motion for Entry of Judgment After Default (Dkt. No. 45) be granted, that the Clerk of the

Court be directed to enter judgment in favor of Plaintiff, that Defendant be ordered to alter

the subject facilities and make them readily accessible to, and useable by, individuals with

disabilities to the extent required by the ADA, and that Plaintiff be directed to file a motion

for attorney's fees wherein a separate determination of reasonableness shall be made. See

Report at 8. Defendant has failed to file objections to the Report, and the time for doing so

has passed.

    The Court "may accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific

objections to findings of facts are filed, the district court is not required to conduct a de novo

review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993);

see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions

de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May

14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate

Judge's Report, the Court will accept and adopt the legal and factual conclusions

recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED:**

1.  The Magistrate Judge's Report and Recommendation (Dkt. No. 46) is

    **ADOPTED** as the opinion of the Court.

2.  Plaintiff's Motion for Entry of Judgment After Default (Dkt. No. 45) is

    **GRANTED**.

3.  The Clerk of Court is directed to enter judgment pursuant to Rule 55(b)(2) of

    the Federal Rules of Civil Procedure in favor of Plaintiff, Norman Hoewischer,

    and against Defendant, Joe's Properties, LLC as follows: Defendant, Joe's

    Properties, LLC is enjoined from discriminating against individuals with

    disabilities and shall promptly alter the Pet Supermarket facility located at 952

    North Lane Avenue, Jacksonville, Florida and make it readily accessible to

    and useable by individuals with disabilities to the extent required by the ADA.

4.  The Clerk of Court is further directed to terminate any pending motions

    and close the file.

5.      The Court retains jurisdiction to enforce the judgment and to consider an

award of attorney's fees and costs.  Plaintiff is directed to file a motion for

attorney's fees wherein a separate determination of reasonableness shall be

made.  Plaintiff shall comply with the time limits set forth in Rule 4.18, Local

Rules, United States District Court for the Middle District of Florida.

**DONE AND ORDERED** at Jacksonville, Florida, December 6, 2013.


MARCIA MORALES HOWARD
United States District Judge


jae
Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of Record

Any Unrepresented Party